**ORIGINAL**

MEMORANDUM ENDORSED

AMENDED MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jonathan Corbett
_____
_____ Plaintiff
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/07

07 Civ. 5665

- against -

Experian Information Solutions, Inc
_____
                                    Defendant
_____
*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

NOTICE OF MOTION

COPY

PLEASE TAKE NOTICE that upon the annexed affirmation of __Jonathan Corbett__,
                                                              *(name)*
affirmed on __August__ __22nd__, 20__07__, and upon the exhibits attached thereto ~~(delete if no exhibits)~~, the accompanying Memorandum of Law in support of this motion ~~(delete if there is no Memorandum of Law)~~, and the pleadings herein, plaintiff/defendant will move this Court, before
                                                                                    *(circle one)*
__L.L. Stanton__, United States (District)/Magistrate Judge, for an order
  *(Judge's name)*                                    *(circle one)*
pursuant to Rule __4(1)(8)__ of the Federal Rules of Civil Procedure granting *(state what you want the Judge to order):* __default judgement in favor of the plaintiff.__

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __New York__, __NY__
         *(city)*        *(state)*
       __August__ __22nd__, 20__07__
       *(month)*   *(day)*   *(year)*

Signature __/s/__
Address __150 Broadway, Suite 2401__
        __New York, NY 10038__
Telephone Number __646.318.1524__
Fax Number *(if you have one)* __277.410.0410__

Rev. 05/2007

An Answer having been filed on August 24, 2007, this motion is denied, and the entry so Ordered.

Louis L. Stanton  9/10/07

[marginal notes: "6/4/1/7 stamps ? mini states ... louis ... set aside ... default is set aside ? transfer"]