```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN CORBETT,

      Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.

      Defendants.

Civil Action No.: 07 CV 5665 (Stanton, J.)

**Stipulation of Facts and Law**

The undersigned counsel for Defendant Experian Information Solutions, Inc., and Plaintiff *Pro Se* Jonathan Corbett hereby stipulate that:

1. For the purposes of each, any, and all claims brought in this case, Plaintiff does not dispute that each, any, and all credit reports and consumer disclosures issued by Defendant Experian Information Solutions concerning Plaintiff Jonathan Corbett are accurate, complete, and true.

2. In this case, Plaintiff Jonathan Corbett will not introduce, nor seek to introduce, any proof or evidence concerning the accuracy, completeness, or truth of any or all credit reports or consumer disclosures issued by Defendant Experian Information Solutions concerning Plaintiff Jonathan Corbett.

3. For the purposes of each, any, and all claims brought in this case, Plaintiff Jonathan Corbett does not claim or allege that he has suffered any injury, and does not claim or allege that he has suffered any actual damages; including, without limitation, out-of-pocket losses, humiliation, mental distress, injury to reputation or creditworthiness. For the purposes of

1

each, any, and all claims brought in this case, Plaintiff Jonathan Corbett does not expect to suffer any such injury in the future.

4.  In this case, Plaintiff Jonathan Corbett will not introduce, nor seek to introduce, any proof or evidence concerning any injury that may have been suffered by him; and will not introduce, or seek to introduce, any proof or evidence concerning any actual damage that he may have suffered. No proof or evidence will be introduced, or sought to be introduced concerning (without limitation): out-of-pocket losses, humiliation, mental distress, or injury to reputation or creditworthiness; nor will any such proof or evidence be introduced, or sought to be introduced, concerning any such injury in the future, or expectation of such injury.

5.  For the purposes of each, any, and all claims brought in this case, if Plaintiff Jonathan Corbett has suffered any injury or actual damages, no such injury or actual damage is alleged to be caused, in any way, by Defendant Experian Information Solutions, Inc. For the purposes of each, any, and all claims brought in this case, if Plaintiff Jonathan Corbett does suffer any such injury in the future, Plaintiff hereby stipulates that such injury will not be alleged to be caused by Defendant Experian Information Solutions, Inc.

6.  In this case, Plaintiff Jonathan Corbett will not introduce, nor seek to introduce, any proof or evidence concerning the causation of any injury or actual damage that he has suffered, and will not argue that any such injury or actual damage was caused by Defendant Experian Information Solutions, Inc.

Dated: New York, New York
September 18, 2007

By: _____  
Jonathan Corbett  
1501 Broadway  
Suite 2404  
New York, NY 10036  
Tel. (646) 316-4525  
Fax. (877) 410-0410  

*Plaintiff, Pro Se*

By: _____  
Tuukka D. Hess (TH 3259)  
JONES DAY  
222 East 41st Street  
New York, New York 10017  
Tel. (212) 326-3407  
Tel. (212) 755-7306  

*Attorneys for Defendant*  
*Experian Information Solutions, Inc.*

Dated: New York, New York

___Sept 26, '07___  
(Date)

_____  
Judge Louis L. Stanton  
United States District Judge

3