ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

Stanton, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN CORBETT,<br><br>Plaintiff,<br><br>-against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>Defendant. | Civil Action No.: 07 CV 5665 (Stanton, J.) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, Plaintiff *pro se* Jonathan W. Corbett and by the undersigned counsel for Defendant Experian Information Solutions, Inc. ("Experian"), that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above captioned action is dismissed with prejudice. It is further agreed that no party to this action is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action. Each party is to bear its own costs and attorneys' fees.

Dated: January 31st, 2008

_____
Jonathan Corbett
1501 Broadway
Suite 2404
New York, NY 10036

*Plaintiff, Pro Se*

Dated: January 25, 2008

_____
Tuukka Hess, Esq. (TH 3259)
JONES DAY
222 East 41st Street
New York, New York 10017

*Attorney for Defendant
Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

Dated: New York, New York

April 24, 2008
(Date)

_____
Judge Louis L. Stanton
United States District Judge

2